No. 10-5420. Larry Wayne Wooten, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 921, 131 S. Ct. 294, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7289.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 598 F.3d 215.

No. 10-5421. Linda Morgan, Petitioner v. United States.

562 U.S. 921, 131 S. Ct. 294, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7120.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5422. Derrick Sharpe, Petitioner v. Florida.

562 U.S. 921, 131 S. Ct. 294, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7613.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 26 So. 3d 586.

No. 10-5423. Peter Vongxay, Petitioner v. United States.

562 U.S. 921, 131 S. Ct. 294, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7235.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 594 F.3d 1111.

No. 10-5424. Isaiah J. Gregory, Petitioner v. United States.

562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7368.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 591 F.3d 964.

No. 10-5425. Richard Ellison, Petitioner v. United States.

562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7239.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 632 F.3d 727.

No. 10-5426. Joseph P. Manning, Petitioner v. Bill McCollum, Attorney General of Florida.

562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7121.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 933.

No. 10-5427. James Edward Lee, Petitioner v. Patty Ishee, et al.

562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7314,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 499.